UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROSS ISLAND SAND & GRAVEL CO., <br><br> Defendant, <br><br> v. <br><br> WASHINGTON TRUST BANK, <br><br> Garnishee. | Cause No. MC21-0020RSL <br><br> ORDER DENYING APPLICATION WITHOUT PREJUDICE |

This matter comes before the Court on an "Application for Writ of Garnishment" filed by Northwest Administrators, Inc., the judgment creditor, on February 24, 2021. Federal Rule of Civil Procedure 62(a) provides that "execution on a judgment and proceedings to enforce it are stayed for 30 days after its entry, unless the court orders otherwise." The judgment in the underlying matter was entered on February 2, 2021. The application is therefore DENIED as premature without prejudice to future efforts to enforce the judgment. The Clerk of Court is directed to close this matter.

ORDER DENYING APPLICATION
WITHOUT PREJUDICE- 1

Dated this 26th day of February, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING APPLICATION
WITHOUT PREJUDICE- 2